So we'll start with Springfield Hospital, Inc. The Guzman 23902 23903 On video This Mr. Salzman, we can't hear you. Oh Sorry, I was just waiting to be recognized May it please the court Joshua Salzman on behalf of SBA As this court recently recognized in its decision in the Pharaoh's GC case The SP of the Paycheck Protection Program was established by Congress as a lending program It builds upon the foundation of SBA's long-standing lending authority under section 7a the Small Business Act The bankruptcy court here nonetheless Concluded that the PPP is subject to the limited provisions of section 525 a of the bankruptcy code which applies only to licenses permits charters franchises and other grants similar to those as This court recognized long ago in Goldrich that limited language in section 525 a Unambiguously does not reach loan programs or credit guarantee programs like the Paycheck Protection Program and accordingly the judgment below must be reversed The heart of the bankruptcy courts error here was its failure to Pay sufficient regard for Congress's decision as to how to structure the PPP The on the bankruptcy courts telling the program was only nominally a loan program and therefore the court Recharacterized it as merely a grant program that fell within the scope of 525 a but Congress made a conscious choice as Pharaoh Confirms to structure this as a loan program Building on that foundation and incorporating the features of that long-standing lending program the statute consistently refers to PPP Recipients as borrowers and to the funds as loans more than that Actual mechanics of the program are consistent with that designation if somebody wants PPP funds They go to a private lending institution not to the government not to SBA to request to apply for those loans the fun lending institution if it's grants the loan uses its own funds to Give to the borrower the borrower signs a promissory note in which they promise to repay the funds with interest by a specified maturity date thus in both name and function this is a loan and under Goldrich and Likewise the authority of every other Court of Appeals to have looked at Yes, this is just low yay How do we even get to this? What I understand is this merits argument in? light of the language in 634 And I know that you you cite to an 11th Circuit a footnote in 11th Circuit decision Where as I understand it pursuant to its own precedent the 11th Circuit Decided that it could allied that threshold requirement and Deal with the merits, but we don't have that framework or that legal architecture So far as I know so I This court certainly can decide the 634 be issue first I guess the question is do you have to under steel company? And I think we would say no for a couple of reasons first of all at least as far as my research has detailed While this court has on a couple of occasions discussed the question of Whether or not sovereign immunity is the kind of issue that must be resolved first under steel Co I don't believe this court has ever squarely resolved it and to the extent that the court has doubts I think this would be a poor case in order to find that steel company applies and that's true for at least two reasons one steel company only applies in the context of things that go to the courts article 3 power to decide a case and Not to statute issues of statutory jurisdiction Here I think that this the the sovereign immunity issue that would certainly implicates constitutional concerns Ultimately terms on a statutory question not a question of article 3 power And I think that's underscored by the fact that what we have here is a statute that doesn't preclude courts from passing on Whether or not 525 the PPP is consistent with 525 But rather a remedial question the fact that the statute simply bars the issuance of any injunction that being said if the court does want to decide the 634 issue first as the as the Fifth Circuit did in the Hidalgo case We would certainly welcome that resolution as well, but we do think that What about the threshold question of mootness? My understanding is that the PPP program Ended on May 31st of this year, and I know the bankruptcy court Use a fit which would what was to called a fictional approval date In order to avoid any type of mootness issue, but do you want to address that? Sure, I mean we haven't argued mootness here precisely for the reason your honor said that the injunction here Essentially put funds in escrow and said that money should be set aside to fund a PPP loan That in that money should go out the door if and when the the court order became final and all appeals were exhausted And the court claimed the power to as your honor as your honor notes to extend and waive the statutory deadlines If all of that were true, and if the court actually had authority to do it We would acknowledge this case is it moved now? We think the court lacked that authority particularly in light of 634 B But I think that ultimately collapses back into the question of whether or not the court should have issued an injunction at all and therefore I'm not sure the mootness question adds anything here I think it ultimately resolves back on or collapses back onto the same issue Can I ask you about the forgiveness aspect to the to the program? I obviously that was one of the unique features that the bankruptcy court focused on in concluding This is more like a grant than a loan Do you want to address that well, I guess my question first question is if it were complete an automatic forgiveness program Would you concede then that? 525 a might apply in that situation I'm not sure I can see that it would apply given the fact that this is still very much structured as a loan and of course 525 a doesn't even apply to all grants It only applies to grants similar to licenses permits charters and franchises But even setting that to a side as your question seems to recognize this is not a guarantee of complete forgiveness the window Borrower sides a promissory note The default is that they have to repay and repay in full the borrower then has the right To if they use their funds in some approved ways to document that sufficiently and apply For loan forgiveness in which case the SBA will pay off the loan on the borrowers behalf But it bears note that the list of approved purposes for which forgiveness is available under section 1106 of the cares act does not perfectly track the list of authorized uses for these funds under section 1102 So I can take a loan use it for permissible purposes including for example Paying off interest on other debt or paying health insurance premiums That's not a misuse of funds, but it's still not eligible for forgiveness Likewise if I don't use a certain percentage of my funds for payroll Specifically I don't get forgiveness complete forgiveness and indeed in many cases Borrowers may only obtain partial forgiveness instead of complete forgiveness So this really is a loan program notwithstanding the fact that it is of course One in which SBA does offer the possibility of forgiveness But that doesn't alter the fundamental structure of the program or change the fact that Congress Denominated this as a loan program and all of which I think is then underscored by Congress's legislative changes In the reauthorization at the end of 2020 which likewise seem to expressly contemplate differential treatment of entities in bankruptcy and the fact that 525 D In the enactment of the new section 525 D which extends 525 to certain cares act benefits But not to the PPP all of this I think reflects the fact that Congress understood that these loans would not fall within the scope of that provision Um so And all of this I think ultimately ties back to to Goldrich and and the limited nature of the statute because I think if you take as expansive a reading of 525 a as Essentially swallow the rule you wouldn't need a 525 C You wouldn't need a 525 D because on their telling almost anything the government provides even in this case provides indirectly through the use of a private lender would fall within the scope of 525 a as long as it was in any way helpful to an entity in bankruptcy is fresh start And I think that really just swallows the rule and would run contrary to the canon against surplus it Thank you Have you reserved some rebuttal time? I have your honor, but I'm unless the panel has any additional questions I'm happy to We'll hear from your adversary May please the court. My name is Andrew Hellman and I will argue on behalf of the athletes Council for Springfield medical care systems is also here by video, but I will handle the argument in the next two minutes There are four points that I want to make and I also want to specifically address judge Why a's question regarding injunctive power in the question that judge Bianco? Asked first this appeal involves critical access hospital in a federally qualified health center that we're providing frontline medical services in response to the Revenue they applied for paycheck protection program funds, but they were denied solely based on their bankruptcy status They turned the Bankruptcy Court for relief and applying Stoltz the Bankruptcy Court ruled that SBA violated section 525 and today they asked this court to affirm because the PPP subsidy Is just like or similar to the public housing subsidy in Stoltz This would not swallow any rule or create an exception because 525 B C and D Regulate private sector activity and they do not apply to the government materially different Second Goldrich does not control and is irrelevant to the appeal Goldrich applied a very narrow view of section 525 that Congress subsequently rejected in 1994 This court accepted that and an issue Congress didn't Congress didn't reject it They simply made it so that student loans would be covered, but they didn't put the word alone in 525 a if Right that in other words, they didn't seek to cover all loans. They just specifically exempted student loans, right Your honor that's absolutely correct And what if I may the materials enacting section 525 C specifically identify Goldrich as footnote I believe it's four or six and Stoltz identified that they disapproved of Goldrich moreover 525 C is a regulation on what? 525 a Deals with a license permit franchise charter or other similar grant it deals with governmental activity What we have here is a subsidy from the government on behalf of the hospital in the medical clinics to the to pay an obligation of Is there a position that all government loans are are there cup therefore covered under 525 a is that what you're arguing? Are you arguing? This is essentially a grant and not alone. I'm not sure you're what you're saying. Thank you. Pardon your honor I'm arguing that this is a grant and it's not alone We have just like with a lease and Stoltz where there was a lease and there was rent There was a subsidy of the rent payment here We have the PPP and we have the commercial relationship between the bank the hospital in the clinics And then we have a subsidy by SBA to the bank What should we make of the fact that the cares act including the different position provisions that I think are at issue here uses the term loan as often as it does Just face your honor. What should we make? I Think that focusing on those words elevates form over substance just like the court determined install. No, mr. Hellman. That's what we do. We have When Congress if Congress wanted to call this a subsidy it would have called it a subsidy But here it used the word loan repeatedly and You are trying to I think you're asking us to Maybe ignore is too strong a word, but effectively ignore that and look at the underlying history I'm asking your honor to look at the commercial reality here Which is that there's no repayment obligation for the hospital or the clinics Provided that you 75% of the funds received for payroll and that the funds were dispersed in billions of dollars for the purpose of pumping money into the economy If a government program has some type of Forgiveness element to it. It no longer is a loan even though there's a promissory note It's under section 7a of the Small Business Act, which obviously deals with other loans. It's called the loan Is Simply because there's some forgiveness element. It's not a loan anymore Well your honor if I could I think that the premise of the question is that there's a loan by SBA to the companies Here and that's not the case. There's no advance of funds by the government to these companies There's a payment by the government to the bank to forgive an obligation of the company of the companies It's a subsidy payment by the government to the bank It's not a loan that the government makes to the companies and it's materially different and distinct for that reason Well, just because it uses private banks to disperse the money doesn't mean it's not a loan Right, it has all the other elements of a loan to it. It has it could have interest rates as deferral mechanisms It has every aspect of a loan your honor, it's not a loan by the government to these parties just as the And it is a subsidy and a subsidy payment to the bank Just as the public housing subsidy insults was a public was a subsidy and a grant notwithstanding the fact that there was a commercial lease What do you make of the fact that in? 2021 Congress as was noted amended 525 a To cover other aspects of the cares act benefits foreclosure moratoriums forbearance of certain residential mortgages Eviction moratoriums notwithstanding the fact that by my count at least 12 Federal courts around the country that concluded at that point that PPP loans are not covered by 525 a Congress did not put that it put put the PPA loans in that amendment. What are we supposed to make of that? Your honor in my view what I would argue is that Congress maintained the status quo the cares act did not prohibit debtors from participating We can assume that Congress was fully aware of the litigation that was pending and what Congress did was it let the status quo play out With 525 committees to the discretion of the court the status quo was that 12 courts around the country had concluded that PPP loans weren't covered So you are let me pardon me. Go ahead. Let me let me try it a different way Congress didn't need to enact a specific provision to bar discrimination of debtors in PPP because that's already covered in 525 a Let me explain 525 a is a broad prohibition on ad hoc unwarranted governmental discrimination against debtors 525 B C and D are prohibitions on private sector activity not governmental activity They are minor incremental incursions into the private sector There was no need for Congress to enact a special provision Barring SBA from its conduct with respect to debtors here because it's already covered by 525 a if the argument Is that Congress needs to enact a special provision for SBA and Congress needs to enact special provisions every single time? Potential discrimination and we think that 525 a provides a broad mandate and again is committed to the What what about the Economic Aid Act, which was also passed in? 2021 they created a process through which the SBA administrator could issue a written determination That would allow certain entities in bankruptcy eligible for PPP loans if Congress believed Everybody was eligible under 525 a why would they have created this? specific mechanism For a special exemption Your honor. I think that's a great question again I also would advocate that that indicates Congress didn't change its intent to change the status quo under the CARES Act. Here's why The economic aid amendments make changes to the bankruptcy code Obtaining the PPP is not an ordinary course of business transaction and requires bankruptcy court approval Separate and apart from approval under substantive PPP law The types of debtors who were permitted to part to get bankruptcy court approval under the Economic Aid Act They're the little guy It's individuals family farmers small business debtors and what that law did is establish a streamlined process for those debtors to obtain bankruptcy court approval and then Bankruptcy court pardon me bankruptcy plan treatment of any obligation it left as is often the case Larger chapter 11 debtors to the devices of their attorneys nothing in that act actually altered the eligibility requirements under 15 USC 636 a 36 and in fact by indicating that the administrator was to issue a memo saying that the bank that that the debtors were Otherwise eligible it makes clear that the Economic Aid Act was not altering eligibility requirements Though again to restate the eligibility requirements under the CARES Act as to debtors were unaffected by the Economic Aid Act What was affected was a bankruptcy court process for approval on a streamlined basis? With respect to certain types of debtors that are the little guy That's what it did. It did not alter substantive PPP law It provided a process for bankruptcy court approval that bankruptcy court approval on its face standing alone Would not provide approval under PPP law by SBA for a PPP a debtor couldn't go to the bankruptcy court Without first stopping with SBA for its own separate approval your honor. Can you address judge lawyer's question to mr Salzman about whether we have to decide the 634 issue first But your honor I understand that it may be viewed as a threshold issue in our view We think that the bankruptcy courts analysis applying Holstein Marine was the correct approach and we think that Congress specifically abrogated sovereign immunity here under section 106 of the Bankruptcy Code which identifies areas where sovereign immunity is waived and it specifically mentioned section 525 and then we have Provisions in 106 of the Bankruptcy Code and 105 of the Bankruptcy Code authorizing the Bankruptcy Court to provide a remedy section 634 is a statute of broad general applicability That was enacted decades ago decades after it was enacted We have a later statute that is more specific and that weighs and abrogates sovereign immunity in this particular context Moreover section 634 cannot don't we don't we usually don't we usually require a more specific? Indication of a waiver of sovereign immunity against the federal government than what you're describing You your honor section 106 a says notwithstanding insertion of sovereign immunity Sovereign immunity is abrogated as a governmental unit to the extent set forth in this section with respect to section 525 And it also says section 105 of the Bankruptcy Code. I don't know how to be more specific than that your honor It's intended to apply to all governmental units in the context of proceedings under the Bankruptcy Code But We would be ruling contrary to the 5th circuit the 4th circuit in the 10th circuit I know you're relying on Ulstein, but there are three other circuits that have gone the other way, right? Yes, your honor would also be consistent with Cavalier close and the well-founded reasoning of related industries It can't be the case that the SBA is permitted to engage in a constitutional Violation should one occur and then be immune from injunctive relief in the event that there's a determination that they're violating the Constitution It just can't be the case there has to be a remedy for the right where there isn't the right That that's our position judge and again just to return to Another point. I do want to make the point again that Our view is that this is a governmental grant that falls squarely within the ambit of 525 and stults It is entirely unobtainable from the private sector because what we're talking about is free money We're talking about money that is paid on behalf of these companies with no repayment obligation whatsoever The private sector will not provide that Friends and family typically won't provide that it's also essential to the debtor's fresh start here There's an undisputed factual record that these companies experience drastic unforeseen and material drops in revenue While responding to covid19 and while trying to reorganize in chapter 11 Sba chose not to challenge those facts. They have waived the ability to challenge that now But I deal with a lot of commercial activity I cannot think of any private sector activity that would provide millions or billions of dollars in aid to any party It simply does not happen It's not available from the private sector and that's fundamentally what we're talking about We're not talking about a promissory note issued to sba with an obligation to repay sba money We're talking about aid provided By sba on behalf of these companies to the bank Just like a public housing subsidy provide to a landlord. It's the same thing. Let me ask you a more practical factual Question so that I understand um Is uh the current state under the current state of affairs is uh, Is a hospital system Unable to deliver medical services to rural residents No, your honor, but there have been cutbacks and alterations I don't believe that this is in the record it's my understanding. Yeah, I appreciate it Yeah, thank you. Thank you, your honor Look, these are the largest employers in their community and a critical access hospital by definition is one That is at least 35 miles from any other hospital And in rural areas they're designed to provide care where another hospital cannot operate profitably And the medical clinics springfield medical care systems provide health care through federally qualified health centers to low-income people It's my understanding and again, I believe this is outside the record that they've had to discontinue dental services For example in certain areas due to the impact of covid19 budget shortfalls Also providing you extra record information I was speaking with the ceo of the hospital this morning The budget anticipates a three million dollar loss this year Okay, this is going to have a material impact on the operation of these companies That's just sort of the bottom line The only reason the hospital was able to to confirm a chapter 11 plan was because the state of vermont provided it alone And additional money. I mean These are pardon me. Thank you very much Uh, mr. Saltman, we'll hear you on rebuttal Thank you, your honor, um, I I think the court understands our argument So i'm very happy to answer any questions that the court has for me, but i'm not there aren't any other point I have a question about the 634 issue you heard. Mr. Hellman. His argument is that if we were to Interpret it the way you're suggesting basically an sba Act that exceeds its authority Potentially a constitutional problem, but at a minimum exceeds its authority would essentially be unreviewable Would you respond to that? Of course your honor. First of all, I want to be clear. We're not saying it's unreviewable We're saying no injunctive relief and I think the availability of declaratory relief and there's every reason to believe the government will uh not violate uh Or or act in a manner that's inconsistent with the law as determined by a court, uh in a declaratory relief The other thing i'd note is that this provision has existed for many decades now It has been interpreted the way that we are saying it should be interpreted In many courts for many decades now, and we haven't seen rampant lawlessness by sba So I I do think that there's not any reason to fear that this opens the door to anything We're not asking you to go anywhere that the fifth circuit didn't go back in the 1970s and hasn't acted And there's there's a string of authority consistent, uh with that culminating in the recent hidalgos Was there declaratory relief sought here in addition to the injunction or were you only dealing with an injunction here? So all that's before this court, I think is an injunction. That's all that the um bankruptcy court order The the complaint does have a prayer for declaratory relief It's not entirely clear if the declaratory relief is linked to the 525a claim or to some of the other Claims which got bifurcated, uh, and were not pressed but there is in the underlying complaint a reference to declaratory relief so the the way you're suggesting that the court issues declaratory relief and just Beliefs the sba will follow that even but have no power injunctive power to back that up Well, I think I think that's quite plainly what the what the statute says I I think that uh, there's no reason not to trust uh government, uh Defendants to follow the law as it is understood by by courts Okay. Thank you All right Unless there are any other questions from the panel, I'd urge you to reverse. Thank you very much. Thank you very much We will reserve decision